# IN THE SUPREME COURT OF THE STATE OF NEVADA

WAYNE D. CONTE,
                Appellant,

vs.

JESUSA E. CONTE,
                Respondent.

No. 82672

FILED

APR 23 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a pretrial order granting a motion to strike appellant's exhibits. Eighth Judicial District Court, Family Court Division, Clark County; Mary D. Perry, Judge.

This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from a pretrial order striking exhibits. Accordingly this court lack jurisdiction over this appeal, and

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

---

[1]Appellant's motion for stay is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

21-11703

cc: Hon. Mary D. Perry, District Judge, Family Court Division
Wayne D. Conte
Willick Law Group
Eighth District Court Clerk